**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | )  Civil Action No. 1:14-cv-1769 ) ) |
| STEVENS MECHANICAL CONTRACTORS, INC., | ) ) ) |
| Defendant. | ) |

**ORDER**

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated July 27, 2015, in response to Plaintiffs' Motion for Default Judgment.

Based on a de novo review of the evidence in this case, having reviewed the Report and Recommendation, it appears to the Court that the Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge. It is hereby

ORDERED that Plaintiffs' Motion for Default Judgment is GRANTED, and judgment is entered in favor of the Trustees of the Plumbers and Pipefitters National Pension Fund against Stevens Mechanical Contractors, Inc. in the amount of $11,201.28; judgment is entered in favor of the International Training Fund

against Stevens Mechanical Contractors, Inc.   in the amount of $261.67. It is further

ORDERED that Plaintiffs are awarded $2,378.79 in attorney fees and costs.

*Claude M. Hilton*

CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
August 17, 2015